United States District Court
Southern District of Texas

**ENTERED**

July 09, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE HECTOR VASQUEZ MARROQUIN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-715 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Jose Hector Vasquez Marroquin is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A). Petitioner bases his habeas action on statutory arguments under 8 U.S.C. §§ 1225 and 1226, and on provisions of the Fifth Amendment.

Petitioner concedes that the Fifth Circuit's ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) forecloses his statutory arguments, which he includes in his petition to "to ensure no such arguments are waived in the event of an appeal by either party." (Pet., Doc. 1, ¶ 5)

With respect to claims based on the Due Process Clause, the Fifth Circuit has determined that "the Government may detain aliens under Section 1225(b)(2)(A) for ninety days but no longer without a bond hearing." *Sosnava Rodriguez v. Ortega*, — F.4th —, No. 26-50183, 2026 WL 1906557, at *16 (5th Cir. July 2, 2026). Those ninety days represent "the period of time during which the validity of detention can be presumed." *Id*.

In this case, Respondents detained Petitioner on June 13, 2026. Based on this date, the ninety-day period has not expired.

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than July 30, 2026, Petitioner Jose Hector Vasquez Marroquin shall file a Statement explaining why, in light of *Sosnava*, his claims based on the Due Process Clause are not premature.

If Petitioner does not file the Statement, the Court will deny the Petition.

The Clerk of Court directed to serve a copy of this Order and the Petition (Doc. 1) upon the Respondents in accordance with the Memorandum of Understanding.

Signed on July 9, 2026.

Fernando Rodriguez, Jr.
United States District Judge